**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-62083-RAR**

**DENISE PAYNE**,

    Plaintiff,

v.

**LAKES SHOPPES LLC**,

    Defendant.

_____/

**ORDER DIRECTING CLERK TO ENTER DEFAULT**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Plaintiff filed the Complaint, [ECF No. 1], on November 1, 2023. Plaintiff served Defendant with a summons and a copy of the Complaint on November 8, 2023. *See* [ECF No. 5]. Pursuant to Federal Rule of Civil Procedure 12(a), Defendant was required to file a response or answer to Plaintiff's Complaint by November 29, 2023. Defendant did not respond to the summons and Complaint or request an extension of time to do so. On December 4, 2023, the Court entered an Order to Show Cause requiring Defendant to file its response or answer before December 8, 2023. [ECF No. 9]. Again, Defendant did not respond or request an extension of time to do so. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Clerk shall file an Entry of Default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. **Within ten (10) days** of the Clerk's Entry of Default, Plaintiff shall file a Motion for Default Final Judgment ("Motion"). The Motion must include affidavits of any sum certain due by Defendant, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The Motion shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C.

app. section 521(b), if applicable; (2) a memorandum of law supporting entitlement to final judgment; (3) a proposed order; and (4) a proposed final judgment. Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at ruiz@flsd.uscourts.gov. **The email subject line must include the case number as follows: XX-CV-XXXX-RAR**. Plaintiff shall send a copy of the Motion to Defendant's counsel or to Defendant directly if it remains unrepresented. In the certificate of service, Plaintiff shall indicate that notice was sent and the addresses where notice was sent.

If Defendant fails to move to set aside the Clerk's Default or respond to the Motion within the time permitted by the Rules, default final judgment may be entered, which means that Plaintiff may be able to take Defendant's property or money, and/or obtain other relief against Defendant. Plaintiff's failure to file the Motion within the specified time frame will result in a **dismissal without prejudice** and without further notice.

The Clerk is directed to **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Miami, Florida this 11th day of December, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**